Alonzo J. Gradford (State Bar No. 244201)
Gradford Law Firm
1300 -10th Street, Suite G
Modesto, CA 95354
Telephone: 209.408-0342
Facsimile:   209.408.0797
modesto@gradfordlawfirm.com

Attorney for Defendant,
DE ARANJAH INC. dba VALERO GRIP & GO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>                    Plaintiff,<br><br>v.<br><br>DE ARANJAH INC. dba VALERO GRIP & GO; GILL MCHENRY INC.,<br><br>                    Defendant. | Case Number: 1:22-cv-00994-EPG<br><br>ORDER RE: STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT DE ARANJAH INC.<br><br>(ECF No. 11). |

    IT IS HEREBY STIPULATED by and between Plaintiff, DARREN GILBERT ("Plaintiff"), by and through his attorney, and Defendant, DE ARANJAH INC. dba VALERO GRIP & GO ("Defendant Valero," and together with Plaintiff, "the Parties"), by and through their attorneys, that the Clerk's Default entered against Defendant Valero on October 13, 2022 (Docket No. 7) be and is hereby set aside, and that an Answer on behalf of Defendant Valero shall be filed within ten (10) days of the entry of the order setting aside the default.

    Good cause exists because the Parties desire for the case to be heard on its merits.

///

///

//

IT IS SO STIPULATED.

Dated: October 27, 2022            MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*_____

TANYA E. MOORE

Attorney for Plaintiff,

DARREN GILBERT


Dated: October 27, 2022            THE GRADFORD LAW FIRM

*/s/ Alonzo Gradford*

ALONZO GRADFORD

Attorney for Defendant,

DE ARANJAH INC. dba VALERO GRIP & GO

**<u>ATTESTATION</u>**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

///

///

///

///

///

2

# ORDER

Based on the parties' stipulation (ECF No. 11), and good cause appearing for this case to be heard on its merits, Fed. R. Civ. P. 55(c), IT IS ORDERED that:

1. The entry of default entered against Defendant De Aranjah Inc. *dba* Valero Grip & Go ("Defendant Valero") on October 13, 2022 (ECF No. 7), is set aside;
2. Defendant Valero shall file an Answer to Plaintiff's Complaint within ten (10) days of the entry of the order setting aside the default.
3. The Court's prior order requiring Plaintiff to file a motion for default judgment (ECF No. 8) is vacated.

IT IS SO ORDERED.

Dated:   **November 1, 2022**          /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE