1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | DARREN GILBERT,                          ) No. 1:22-cv-00994-EPG
                                              )
12 |     Plaintiff,                           ) ORDER RE: SECOND STIPULATION FOR
                                              ) CONTINUANCE OF MANDATORY
13 |     vs.                                  ) SCHEDULING CONFERENCE
                                              )
14 | DE ARANJAH INC. dba VALERO GRIP &        )
     GO, et al.,                              ) (ECF No. 16).
15 |                                          )
                                              )
16 |     Defendants.                          )
                                              )
17 |                                          )
                                              )
18 | _____  )
                                              )
19 |                                          )
                                              )
20 | GILL MCHENRY INC.,                       )
                                              )
21 |     Cross Claim Plaintiff,               )
                                              )
22 |     vs.                                  )
                                              )
23 | DE ARANJAH INC.,                         )
                                              )
24 |     Cross Claim Defendant.               )
   | _____  )

25     **WHEREAS,** a Mandatory Scheduling Conference is currently scheduled in this matter

26 for January 25, 2023, having been continued once previously upon the parties' stipulation (Dkt.

27 14);

28

                                              1

**WHEREAS,** on October 20, 2022, Defendant Gill McHenry Inc. ("Gill McHenry") filed its Answer (Dkt. 9) and a cross-claim against Defendant De Aranjah Inc. dba Valero Grip & Go ("De Aranjah") (Dkt. 10);

**WHEREAS**, De Aranjah has yet to file a response to the cross-claim;

**WHEREAS**, Plaintiff, De Aranjah, and Gill McHenry have been engaged in settlement discussions, and are optimistic that this matter can be resolved informally;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for January 25, 2023 to a date at the Court's convenience on or after March 25, 2023.

Dated: January 17, 2023					MOORE LAW FIRM, P.C.

							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff,
							Darren Gilbert

Dated: January 17, 2023					GRADFORD LAW FIRM

							*/s/ Alonzo J. Gradford*
							Alonzo J. Gradford
							Attorney for Defendant/Cross-Defendant,
							De Aranjah Inc. dba Valero Grip & Go

Dated: January 17, 2023					LAW OFFICES OF MAYOL &
							BARRINGER, LLP

							*/s/ Nicholas J. Loncarich*
							W. Bart Barringer
							Nicholas J. Loncarich
							Attorneys for Defendant/Cross-Claimant,
							Gill McHenry, Inc.

**ORDER**

Based on the parties' stipulation (ECF No. 16), the scheduling conference currently set for January 25, 2023, is CONTINUED and will now be held on March 27, 2023, at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint scheduling report one full week prior to the conference pursuant to the Court's order setting the mandatory scheduling conference. (*See* ECF No. 3).

IT IS SO ORDERED.

Dated:   **January 18, 2023**                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE