UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>DE ARANJAH INC., *et al.*,<br><br>    Defendants. | Case No.  1:22-cv-00994-EPG<br><br>ORDER REQUIRING DEFENDANTS TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE AND FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br><u>SEVEN (7) DAY DEADLINE</u> |

On January 19, 2023, pursuant to the parties' stipulation (ECF No. 16), the Court continued the initial scheduling conference to March 27, 2023, at 10:30 AM, and ordered the parties to file a joint scheduling report one week before the conference. (ECF No. 17). On March 20, 2023, the parties filed a joint scheduling report.

Although counsel for Defendants De Aranjah Inc. and Gil McHenry, Inc. each participated in the joint report, which correctly noted the time of the joint scheduling conference, and counsel for Plaintiff appeared at the conference, Defendants' counsel did not appear at the conference.

As such, the Court will order Defendants to show cause why sanctions should not issue

1

for failure to attend the scheduling conference and for failing to comply with a court order to attend the conference.

Accordingly, IT IS ORDERED that, by no later than April 3, 2023, Defendants shall show cause in a written filing why sanctions should not issue for failure to attend the scheduling conference on March 27, 2023.[1]

IT IS SO ORDERED.

Dated:  **March 27, 2023**                        /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will consider rescheduling the conference after it receives Defendants' responses.