UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>DE ARANJAH INC., *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-00994-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING STATUS CONFERENCE<br><br>(ECF No. 21). |

On March 27, 2023, the Court issued an order requiring Defendants to show cause as to why sanctions should not issue for failing to appear at the scheduling conference. (ECF No. 21). Defendants were directed to file a response within seven days. (*Id.*) On April 2, 2023, counsel for Defendant Gil McHenry Inc. filed a declaration stating that his failure to appear was due to his own error in calendaring the conference. (ECF No. 22). That same day, counsel for Defendant De Aranjah Inc. filed an amended declaration stating that his failure to appear was due to a state court hearing that continued longer than anticipated. (ECF No. 24). In light of counsels' declarations, the Court will discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's March 27, 2023, order (ECF No. 21) for Defendants to show cause why sanctions should not issue is discharged;

1

2. Further, the Court resets the scheduling conference for May 18, 2023, at 10:30 AM. To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: **April 5, 2023**              /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE