Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DE ARANJAH INC. dba VALERO GRIP & GO, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM. | No. 1:22-cv-00994-JLT-EPG<br><br>ORDER RE: STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 31). |

1 **IT IS HEREBY STIPULATED** by and between Plaintiff, Darren Gilbert ("Plaintiff"), and Defendants, Gill McHenry Inc. and De Aranjah Inc. dba Valero Grip & Go (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court, and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen days after the First Amended Complaint is filed. **IT IS SO STIPULATED**.

Dated: June 9, 2023                                         MOORE LAW FIRM, P.C.

 */s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: June 9, 2023                                         GRADFORD LAW FIRM

 */s/ Alonzo J. Gradford*
Alonzo J. Gradford
Attorney for Defendant/Cross-Defendant,
De Aranjah Inc. dba Valero Grip & Go

Dated: June 9, 2023                                         LAW OFFICES OF MAYOL &
                                                            BARRINGER, LLP

 */s/ Nicholas J. Loncarich*
W. Bart Barringer
Nicholas J. Loncarich
Attorneys for Defendant/Cross-Claimant,
Gill McHenry, Inc.

///

**ORDER**

Based on the parties' stipulation (ECF No. 31), IT IS ORDERED that Plaintiff may file a First Amended Complaint by no later than five (5) days from the date of this order, and that Defendants shall respond within fourteen (14) days from the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: **June 12, 2023**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE