Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DE ARANJAH INC. dba VALERO GRIP &<br>GO, et al.,<br><br>　　　　Defendants.<br><br>_____<br><br>AND RELATED CROSS-CLAIM. | No.  1:22-cv-0994 DAD DB<br><br>**STIPULATION TO MODIFY<br>SCHEDULING ORDER; AND ORDER** |

**WHEREAS,** the Court issued a Scheduling Order in this matter on May 23, 2023 (Dkt. 30) which, among other items, set a fact discovery cutoff of October 6, 2023 and an expert disclosure deadline of November 6, 2023;

**WHEREAS**, following the issuance of the Scheduling Order, the matter was transferred on September 13, 2023 pursuant to Amended Local Rule 120 and reassigned to District Judge Dale A. Drozd and Magistrate Judge Deborah Barnes (Dkt. 42);

**WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") has filed a motion for default judgment against defaulted defendant De Aranjah Inc. dba Valero Grip & Go ("De Aranjah") which is scheduled to be heard on November 17, 2023 (see Dkt. 44);

**WHEREAS,** Plaintiff and the remaining defendant, Gill McHenry Inc. ("Gill McHenry," and together with Plaintiff, the "Parties"), wish to conserve Court resources and limit the expenditure of attorney's fees and costs that will be incurred through fact and expert discovery while awaiting the results of Plaintiff's motion for default judgment against De Aranjah, which will inform the scope of necessary discovery;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record, that the Scheduling Order be modified as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 10/6/2023 | 3/29/2024 |
| Expert disclosures | 11/6/2023 | 4/29/2024 |
| Rebuttal expert disclosure | 12/6/2023 | 5/29/2024 |
| Expert discovery cut-off | 1/5/2024 | 6/28/2024 |
| Dispositive motion filing deadline | 2/20/2024 | 8/9/2024 |
| Mid-Discovery Conference | 11/13/2023 at 10:30 a.m. | 5/13/2024 at 10:30 a.m. |
| Pretrial Conference | 6/17/2024 at 1:30 p.m. | 11/18/2024 at 1:30 p.m. |
| Jury Trial | 8/20/2024 at 8:30 a.m. | 1/13/2025 at 9:00 a.m. |

STIPULATION TO MODIFY SCHEDULING ORDER;
ORDER

1        **IT IS SO STIPULATED**.

2

3    Dated:  September 28, 2023                    MOORE LAW FIRM, P.C.

4                                                   */s/ Tanya E. Moore*
                                                    Tanya E. Moore
5                                                   Attorney for Plaintiff,
                                                    Darren Gilbert
6

7    Dated: September 28, 2023                    LAW OFFICES OF MAYOL &
                                                    BARRINGER, LLP
8

9                                                   */s/ Nicholas J. Loncarich*
                                                    W. Bart Barringer
10                                                  Nicholas J. Loncarich
                                                    Attorneys for Defendant/Cross-Claimant,
11                                                  Gill McHenry, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order in this matter is modified as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 10/6/2023 | 3/29/2024 |
| Expert disclosures | 11/6/2023 | 4/29/2024 |
| Rebuttal expert disclosure | 12/6/2023 | 5/29/2024 |
| Expert discovery cut-off | 1/5/2024 | 6/28/2024 |
| Dispositive motion filing deadline | 2/20/2024 | 8/9/2024 |
| Mid-Discovery Conference | 11/13/2023 at 10:30 a.m. | 5/13/2024 at 10:30 a.m. |
| Pretrial Conference | 6/17/2024 at 1:30 p.m. | 11/12/2024 at 1:30 p.m. |
| Jury Trial | 8/20/2024 at 8:30 a.m. | 1/13/2025 at 9:00 a.m. |

**IT IS SO ORDERED**.

DATED:  September 29, 2023                    /s/ DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE