UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 1:22-cv-0994 DAD DB |
| Plaintiff, | |
| v. | ORDER |
| DE ARANJAN INC. dba VALERO GRIP & GO, et al., | |
| Defendants. | |

On August 10, 2022, plaintiff commenced this action by filing a complaint and paying the applicable filing fee. (ECF No. 1.) On October 31, 2022, attorney Alonzo J. Gadford appeared on behalf of defendant De Aranjah Inc. (ECF No. 11.) On September 28, 2023, plaintiff filed a notice to reschedule the hearing of plaintiff's motion for default judgment against defendant De Aranjah Inc., for hearing before the undersigned on November 17, 2023, pursuant to Local Rule 302(c)(19). (ECF No. 44.)

Pursuant to Local Rule 230, attorney Gadford was to file a statement of opposition or non-opposition within 14 days. Attorney Gadford, however, has failed to do so. The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

////

1

Court." Local Rule 110. Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Local Rule 183(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney Gadford show cause in writing within fourteen days of the date of this order for failing to file a timely statement of opposition or non-opposition;

2. The November 17, 2023 hearing of plaintiff's motion for default judgment (ECF No. 43) is continued to **Friday, December 15, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1]; and

3. Attorney Gadford is cautioned that the failure to timely comply with this order may result in appropriate sanctions.

Dated:  November 14, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/gilbert0994.osc

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference. The Zoom ID Number and password are confidential and are not to be given to anyone. Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.