Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>        Plaintiff,<br><br>    vs.<br><br>DE ARANJAH INC. dba VALERO GRIP & GO, et al.,<br><br>        Defendants.<br><br>AND RELATED CROSS-CLAIM. | No. 1:22-cv-00994-DAD-DB<br><br>**SECOND STIPULATION TO MODIFY SCHEDULING ORDER; AND ORDER** |

1 **WHEREAS,** the Court originally issued a Scheduling Order in this matter on May 23, 2023 (Dkt. 30);

**WHEREAS**, following the issuance of the Scheduling Order, the matter was transferred on September 13, 2023 pursuant to Amended Local Rule 120 and reassigned to District Judge Dale A. Drozd and Magistrate Judge Deborah Barnes (Dkt. 42);

**WHEREAS,** on September 21, 2023, Plaintiff Darren Gilbert ("Plaintiff") filed a motion for default judgment against defaulted defendant De Aranjah Inc. dba Valero Grip & Go ("De Aranjah") (Dkt. 43), which motion was denied without prejudice to its renewal (Dkt. 52), and the motion was later re-filed on January 15, 2024 and is set for hearing on February 23, 2024 (Dkt. 54);

**WHEREAS,** Plaintiff and the remaining defendant, Gill McHenry Inc. ("Gill McHenry," and together with Plaintiff, the "Parties"), wish to conserve Court resources and limit the expenditure of attorney's fees and costs that will be incurred through fact and expert discovery while awaiting the results of Plaintiff's motion for default judgment against De Aranjah, which will inform the scope of necessary discovery;

**WHEREAS**, for this reason, the Parties previously stipulated to, and the Court granted, a continuance of discovery deadlines and trial (Dkt. 46);

**WHEREAS**, the denial and re-filing of Plaintiff's motion for default judgment against De Aranjah necessitates a further continuance of discovery and dispositive motion deadlines pending the results of the motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record, that the Scheduling Order be further modified as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 3/29/2024 | 5/29/2024 |
| Expert disclosures | 4/29/2024 | 6/12/2024 |
| Rebuttal expert disclosure | 5/29/2024 | 6/26/2024 |

SECOND STIPULATION TO MODIFY SCHEDULING ORDER;
ORDER

Page 2

| | | |
|---|---|---|
| Expert discovery cut-off | 6/28/2024 | 7/24/2024 |
| Dispositive motion filing deadline | 8/9/2024 | 8/23/2024 |

All other dates will remain unchanged.

**IT IS SO STIPULATED**.

Dated: January 23, 2024                                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: January 23, 2024                                LAW OFFICES OF MAYOL &
                                                                          BARRINGER, LLP

*/s/ Nicholas J. Loncarich*
W. Bart Barringer
Nicholas J. Loncarich
Attorneys for Defendant/Cross-Claimant,
Gill McHenry, Inc.

# ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the Scheduling Order in this matter is modified as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 3/29/2024 | 5/29/2024 |
| Expert disclosures | 4/29/2024 | 6/12/2024 |
| Rebuttal expert disclosure | 5/29/2024 | 6/26/2024 |
| Expert discovery cut-off | 6/28/2024 | 7/24/2024 |
| Dispositive motion filing deadline | 8/9/2024 | 8/23/2024 |

All other dates will remain unchanged.

**IT IS SO ORDERED.**

DATED: January 25, 2024                     /s/ DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE