Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    vs.<br><br>DE ARANJAH INC. dba VALERO GRIP & GO, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIM. | No. 1:22-cv-0994 DAD DB<br><br>**THIRD STIPULATION TO MODIFY SCHEDULING ORDER; AND ORDER** |

**WHEREAS,** the Court originally issued a Scheduling Order in this matter on May 23, 2023 (Dkt. 30);

**WHEREAS**, following the issuance of the Scheduling Order, the matter was transferred on September 13, 2023 pursuant to Amended Local Rule 120 and reassigned to District Judge Dale A. Drozd and Magistrate Judge Deborah Barnes (Dkt. 42);

**WHEREAS,** on September 21, 2023, Plaintiff Darren Gilbert ("Plaintiff") filed a motion for default judgment against defaulted defendant De Aranjah Inc. dba Valero Grip & Go ("De Aranjah") (Dkt. 43), which motion was denied without prejudice to its renewal (Dkt. 52), and the motion was later re-filed on January 15, 2024 and was originally set for hearing on February 23, 2024 (Dkt. 54);

**WHEREAS,** Plaintiff and the remaining defendant, Gill McHenry Inc. ("Gill McHenry," and together with Plaintiff, the "Parties"), wish to conserve Court resources and limit the expenditure of attorney's fees and costs that will be incurred through fact and expert discovery while awaiting the results of Plaintiff's motion for default judgment against De Aranjah, which will inform the scope of necessary discovery;

**WHEREAS**, for this reason, the Parties previously stipulated to, and the Court granted, two continuances of discovery deadlines and trial (Dkt. 46 and 56);

**WHEREAS**, the hearing on Plaintiff's motion for default judgment against De Aranjah has now been continued to June 14, 2024 (Dkt. 61);

**WHEREAS**, the further continuance of the hearing on Plaintiff's motion for default judgment against De Aranjah necessitates a further modification of the Scheduling Order pending the results of the motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record, that the Scheduling Order be further modified as follows:

|  | **Current Date** | **New Date** |
| --- | --- | --- |
| Non-expert discovery cut-off | 5/29/2024 | 7/31/2024 |
| Expert disclosures | 6/12/2024 | 8/14/2024 |

| | | |
|---|---|---|
| Rebuttal expert disclosure | 6/26/2024 | 8/28/2024 |
| Expert discovery cut-off | 7/24/2024 | 9/25/2024 |
| Dispositive motion filing deadline | 8/23/2024 | 10/25/2024 |
| Pretrial Conference | 11/12/2024 at 1:30 p.m. | 1/13/2025 at 1:30 p.m. |
| Jury Trial | 1/13/2025 at 9:00 a.m. | 3/10/2025 at 9:00 a.m. |

**IT IS SO STIPULATED**.

Dated: May 28, 2024                                        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: May 28, 2024                                        LAW OFFICES OF MAYOL & BARRINGER, LLP

*/s/ Nicholas J. Loncarich*
W. Bart Barringer
Nicholas J. Loncarich
Attorneys for Defendant/Cross-Claimant,
Gill McHenry, Inc.

THIRD STIPULATION TO MODIFY SCHEDULING ORDER; AND ORDER

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order in this matter is modified as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 5/29/2024 | 7/31/2024 |
| Expert disclosures | 6/12/2024 | 8/14/2024 |
| Rebuttal expert disclosure | 6/26/2024 | 8/28/2024 |
| Expert discovery cut-off | 7/24/2024 | 9/25/2024 |
| Dispositive motion filing deadline | 8/23/2024 | 10/25/2024 |
| Pretrial Conference | 11/12/2024 at 1:30 p.m. | 1/14/2025 at 1:30 p.m. |
| Jury Trial | 1/13/2025 at 9:00 a.m. | 3/10/2025 at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED:  May 31, 2024            /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE