UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN GILBERT,

           Plaintiff,

    v.

DE ARANJAH INC., et al.,

           Defendants.

_____

GILL MCHENRY INC.,

           Cross-claimant,

    v.

DARREN GILBERT,

           Cross-defendant.

No.  1:22-cv-00994-DAD-DB

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND DENYING
PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT, WITHOUT PREJUDICE

(Doc. No. 54, 67)

On August 10, 2022, plaintiff Darren Gilbert filed this civil action alleging violations of the Americans with Disabilities Act against defendants De Aranjah Inc. dba Valero Grip & Go ("De Aranjah") and Gill McHenry Inc. ("McHenry"), (collectively, "defendants").  (Doc. No. 1.) Defendants, through their respective counsels of record, answered the original complaint, but only defendant McHenry filed a response to the operative first amended complaint ("FAC").  (*See* Doc. Nos. 9, 15, 33, 34.)  Upon plaintiff's request, the Clerk of the Court entered default as to

1

defendant De Aranjah Inc. because it was served with the summons and the FAC, but did not file an answer or responsive pleading.  (Doc. Nos. 39, 40.)  On January 15, 2024, plaintiff filed the pending motion for default judgment.  (Doc. No. 54.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On June 27, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be denied, without prejudice, because "granting plaintiff's motion for default judgment against only defendant De Aranjah while the case proceeds against defendant McHenry would create a serious risk of inconsistent judgments." (Doc. No. 67 at 8.)  The magistrate judge also recommended that the court decline to exercise supplemental jurisdiction over plaintiff's state law claims and that those claims be dismissed without prejudice.  (*Id.* at 3–6.)  The findings and recommendations provided that any objections thereto were to be filed within fourteen (14) days.  (*Id.* at 9.)  To date, no objections have been filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.    The findings and recommendations issued on June 27, 2024 (Doc. No. 67) are adopted in full;

2.    Plaintiff's motion for default judgment against defendant De Aranjah (Doc. No. 54) is denied, without prejudice; and

3.    The court declines to exercise supplemental jurisdiction over plaintiff's state law claims brought in this action and dismisses those state law claims, without prejudice.

IT IS SO ORDERED.

Dated:   **July 17, 2024**                           _____
                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE

2